IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NEW YORK MINT, LTD., a Minnesota corporation, Plaintiff, v. BP AMOCO CORPORATION, an Indiana corporation, Defendant. | Civil Action No.: 00 - CV - 2441 ADM/SRN |

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND**

STIPULATION

Plaintiff New York Mint, Ltd. and Defendant BP Amoco Corporation, through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff commenced this action in United States District Court for the District of Minnesota on Dec. 12, 2000; and

WHEREAS, Defendant BP Amoco Corporation seeks an extension of time to answer or otherwise respond to the Complaint;

NOW, THEREFORE, the parties hereby stipulate that Defendant BP Amoco Corporation may have until January 29, 2001 to answer or otherwise respond to the Complaint herein. The parties request the Court to enter the following order approving this extension.

JAN 12 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: January 11, 2001.

HAUGEN LAW FIRM, PLLP

By ______________________
Eric O. Haugen
121 South Eighth Street, Suite 1130
Minneapolis, Minnesota 55402
(612) 339-8300

ATTORNEYS FOR PLAINTIFF

Dated: January 10, 2001.

MASLON EDELMAN BORMAN & BRAND, LLP

By ______________________
William Z. Pentelovitch (#85078)
R. Christopher Sur (#251586)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
(612) 672-8200

ATTORNEYS FOR DEFENDANT

## ORDER

Pursuant to the foregoing stipulation, it is hereby ordered that Defendant BP Amoco Corporation shall have until January 29, 2001 to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated: January 12, 2001.

BY THE COURT:

______________________
The Honorable Susan R. Nelson
United States Court Magistrate Judge

120690