**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

New York Mint, Ltd.
a Minnesota Corporation,

Plaintiff, Civil Action No. 00-CV-2441 ADM/SRN

v.

BP Amoco Corporation,
an Indiana Corporation,

Defendant.

---

In light of and pursuant to the Settlement reached as between the parties to this action, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, and subject to the approval of this Court, that this action shall be dismissed with prejudice.

HAUGEN LAW FIRM PLLP

Dated: April 26, 2001

Eric O. Haugen, #189807
1130 TCF Tower
121 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 339-8300
Attorneys for Plaintiff

Dated: April 30, 2001

William Z. Pentelovitch, #85078
R. Christopher Sur, #251586
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8200
Attorneys for Defendant

FILED MAY 10 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Pursuant to the foregoing Stipulation, it is hereby ordered that the above-captioned action is dismissed with prejudice.

IT IS SO ORDERED

Dated: May 9, 2001

By the Court:

The Honorable Ann D. Montgomery
United States District Court Judge